**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **07-cv-00849-EWN-MJW**

**JOSEPH SCHMIDT**,

    Plaintiff,

v.

**SUNCOR ENERGY (U.S.A.) INC.**

    Defendant.

**ORDER FOR DISMISSAL WITH PREJUDICE**

THE COURT, having reviewed the parties' Stipulation for Dismissal with Prejudice, and being fully informed on the issues, hereby ORDERS as follows:

The above-referenced case is hereby dismissed with prejudice. Each party to pay its own costs and attorney fees.

DATED this 22nd day of October, 2007

                BY THE COURT:

                s/ Edward W. Nottingham
                Chief United States District Judge